1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6

7

8 |                IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) 2:05-CV-2526 WBS/KJM
                                        )
11 |           Plaintiff,                ) JOINT REQUEST FOR STAY
                                        ) AND **ORDER** THEREON [PROPOSED]
12 |      v.                             )
                                        )
13 | 2004 CHEVROLET AVALANCHE, VIN:      )
     3GNEC12T24G160996, CALIFORNIA      )
14 | LICENSE 7K64079,                    )
                                        )
15 |           Defendant.                )
     _____)
16

17 |      Plaintiff United States of America and claimants Tinamarie

18 | Flores and Jesus Castillo Flores, [hereafter "Claimants"], by and

19 | through their respective counsel, hereby stipulate that a stay is

20 | necessary in the above-entitled action, and request that the

21 | Court enter an order staying all further proceedings pending the

22 | outcome of a related criminal case.

23 |      1.  Claimants filed their claims on January 11, 2006, and

24 | filed an Answer to the Verified Complaint For Forfeiture In Rem

25 | on January 25, 2006.   Claimant Jesus Castillo Flores is

26 | currently a defendant in U.S. v. Ojeda, et al., 2:05-CR-290 WBS.

27 | No other parties have filed a claim in this forfeiture action.

28 | Claimant Tinamarie Flores is Jesus Flores' wife.

                                     1

1    2. Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21

2  U.S.C. § 881(i) the parties seek a stay of discovery in this

3  case.  The United States contends inter alia that the defendant

4  vehicle was used to facilitate the distribution of

5  methamphetamine and that it was purchased with drug proceeds.

6    3.    The United States intends to depose claimant Jesus

7  Flores and question him about various topics, including but not

8  limited to his use of the defendant vehicle to transport

9  methamphetamine to a meeting with an informant where the

10  government alleges he (Flores) delivered methamphetamine to an

11  informant.  Counsel for Mr. Flores has informed counsel for the

12  government that if discovery proceeds, Mr. Flores would be placed

13  in the difficult position of either invoking his Fifth Amendment

14  right against self-incrimination and losing the ability to

15  protect his interest in the defendant vehicle, or waiving his

16  Fifth Amendment right and submitting to a deposition and

17  potentially incriminating himself in the related criminal

18  investigation.  If Mr. Flores invokes his Fifth Amendment right,

19  the United States will be deprived of the ability to explore the

20  factual basis for the claim he filed with this Court.

21    4.    In addition, Claimants intend to depose law enforcement

22  officers involved in the investigation that led to the indictment

23  in U.S. v. Ojeda, et al.  Allowing depositions of the law

24  enforcement investigators involved in this investigate would

25  adversely affect the ability of the government to properly

26  investigate and prosecute the Ojeda case.

27    5.    Accordingly, the parties to this stipulation recognize

28  that proceeding with discovery in this civil forfeiture action

2

1  at this time has potential adverse affects on the investigation

2  and potential prosecution of the related criminal case and/or

3  upon Claimants' ability to prove their claims to the defendant

4  vehicle.   For these reasons, Claimants and the plaintiff United

5  States of America jointly request that this matter be stayed

6  until the conclusion of the related criminal case, U.S. v. Ojeda,

7  et al., 2:05-CR-290 WBS.

8

9  Dated: February 21, 2006          McGREGOR W. SCOTT
                                     United States Attorney
10
                                     /s/ Kristin S. Door
11
                                     _____
                                     KRISTIN S. DOOR
12                                   Assistant U.S. Attorney

13

14 Dated: February 21, 2006          /s/ Danny D. Brace, Jr.

                                     _____
15                                   Danny D. Brace, Jr.
                                     Attorney for Claimants
16                                   Tinamarie Flores and
                                     Jesus Castillo Flores

17

18

19      IT IS SO ORDERED.   The Clerk is ordered to administratively

20 close the file in this case, subject to its being reopened upon

21 the application of either party to be made after the conclusion

22 of criminal case No. 05-CR-290.

23

   Dated:  February 10, 2006
24

25

26 _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
27

28

                                   3