```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CV-2526 WBS/KJM |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| 2004 CHEVROLET AVALANCHE, VIN: 3GNEC12T24G160996, CALIFORNIA LICENSE 7K64079, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

1. This is a civil forfeiture action against a 2004 Chevrolet Avalanche seized from claimant Jesus Castillo Flores in Sacramento County on July 6, 2005, by the United States Drug Enforcement Administration.

2. A Complaint for Forfeiture <u>In Rem</u> was filed on or about December 13, 2005, seeking the forfeiture of the defendant vehicle, alleging that it is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6), and 31 U.S.C. § 5317(c)(2).

3. On or about December 14, 2005, the Court issued a

1

1  Warrant of Arrest <u>In</u> <u>Rem</u> for the defendant vehicle, and it was
2  duly executed on December 23, 2005.
3     4.   On or about December 15, 2005, copies of the Complaint
4  for Forfeiture <u>In</u> <u>Rem</u>, Summons and Warrant of Arrest <u>In</u> <u>Rem</u>,
5  Affidavit, Application and Order for Publication, and court
6  notices were served by certified mail on claimants' attorney,
7  Danny D. Brace, Jr.
8     5.   On or about January 23, January 30, and February 6,
9  2006, a Public Notice of Arrest of defendant vehicle appeared by
10 publication in the <u>Daily Recorder</u>, a newspaper of general
11 circulation in Sacramento County.  The Proof of Publication was
12 filed with the Court on February 13, 2006.
13    6.   Claimants filed verified claims to the defendant
14 property on January 11, 2006, and filed an Answer to the
15 Complaint for Forfeiture <u>In</u> <u>Rem</u> on January 26, 2006.  No other
16 parties have filed claims or answers in this matter, and the time
17 for which any person or entity may file a claim and answer has
18 expired.
19    Based on the above findings, and the Court being otherwise
20 fully advised in the premises, it is hereby
21    ORDERED AND ADJUDGED
22    1.   That the Court adopts the Stipulation for Final
23 Judgment of Forfeiture entered into by and between the parties to
24 this action.
25    2.   That judgment is hereby entered against claimants
26 Tinamarie Flores, Jesus Castillo Flores, and all other potential
27 claimants who have not filed claims in this action.
28    3.   That all right, title, and interest in the defendant

1 vehicle is hereby forfeited to the United States pursuant to 21
2 U.S.C. §§ 881(a)(4) and (6), and 31 U.S.C. §  5317(c)(2), to be
3 disposed of according to law.
4     4.   That plaintiff United States of America and its
5 servants, agents, and employees and all other public entities,
6 their servants, agents, and employees, are released from any and
7 all liability arising out of or in any way connected with the
8 arrest/seizure or forfeiture of defendant vehicle.  This is a
9 full and final release applying to all unknown and unanticipated
10 injuries, and/or damages arising out of said arrest/seizure or
11 forfeiture, as well as to those now known or disclosed.  The
12 parties to this agreement waive the provisions of California
13 Civil Code § 1542.
14     6.   That pursuant to the stipulation of the parties, and
15 allegations set forth in the Complaint for Forfeiture <u>In</u> <u>Rem</u>
16 filed on December 13, 2005, the Court finds that there was
17 reasonable cause for the seizure of the defendant vehicle, and a
18 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
19 shall be entered accordingly.
20 //
21 //

1   7.   That all parties are to bear their own costs and
2  attorney fees.
3
4   SO ORDERED THIS 9th DAY OF AUGUST, 2006.
5
6
7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
8
9
10                  CERTIFICATE OF REASONABLE CAUSE
      Pursuant to the Stipulation for Final Judgment of Forfeiture
11 filed herein and the allegations set forth in the Complaint for
   Forfeiture In Rem filed December 13, 2005, the Court enters this
12 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465,
   that there was reasonable cause for the seizure of the defendant
13 vehicle.
14
15
16 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

4